**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MR LICENSING LLC,<br><br>             Plaintiff,<br><br>             v.<br><br>SEAGATE TECHNOLOGY HOLDINGS PLC et al,<br><br>             Defendants. | Case No.: 2:25-CV-00596-JRG |

**JOINT MOTION TO CONTINUE THE SCHEDULING CONFERENCE**

Plaintiff MR Licensing LLC ("MR Licensing") and Defendants Seagate Technology Holdings plc ("Seagate Holdings"), Seagate Singapore International Headquarters Pte. Ltd. ("Seagate Singapore"), Seagate Technology International ("Seagate International"), Seagate Technology (Thailand) Limited ("Seagate Thailand"), and Seagate Technology (Netherlands) B.V. ("Seagate Netherlands"), (together, the "Seagate Defendants") (collectively, "the Parties") respectfully file this Joint Motion to Continue the Scheduling Conference and would show the Court as follows:

On June 30, 2025, the Court issued an order setting the scheduling conference in this matter for July 16, 2025.  Dkt. 10.  The Parties submit there is good cause to continue the scheduling conference.  The Court's order setting the scheduling conference triggered certain deadlines in this matter, including the deadline for MR Licensing to serve its P.R. 3-1 and 3-2 infringement contentions—two days after the Court's order—as well as the deadline for the Seagate Defendants to serve their P.R. 3-3 and 3-4 invalidity contentions and subject-matter eligibility contentions. Due to the limited notice prior to the above-referenced deadlines, the Parties would require an extension of time to serve their infringement, invalidity, and subject-matter eligibility contentions. The Parties submit that it would be in the interest of efficiency to continue the scheduling

conference to the next available setting rather than to extend the deadlines as described above and possibly interfere with other deadlines and activities also triggered by the order setting the scheduling conference.

The Parties further note that the Court previously extended the deadline for the Seagate Defendants to answer or respond to MR Licensing's Complaint, up to and including September 10, 2025. Dkt. 9. Presently, no defendant has answered or responded to the Complaint, and MR Licensing has not filed a Notice of Readiness for Scheduling Conference.

This requested extension is not sought for the purpose of delay, but to allow the Parties to discuss the merits of the case prior to early deadlines and so that justice may be served. Counsel for Seagate Defendants met and conferred with counsel for MR Licensing to discuss the substantive relief sought in this Motion, and the Parties are jointly seeking the relief sought herein.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion and enter an order continuing the scheduling conference to the Court's next scheduling conference setting after July 16, 2025.

Dated: July 2, 2025                     Respectfully submitted,

                                         */s/ Joseph M. Mercadante*
                                        _____
                                        Alfred R. Fabricant
                                        New York Bar No. 2219392
                                        Email: ffabricant@fabricantllp.com
                                        Joseph M. Mercadante
                                        New York Bar No. 4784930
                                        Email: jmercadante@fabricantllp.com
                                        Enrique W. Iturralde
                                        New York Bar No. 5526280
                                        Email: eiturralde@fabricantllp.com
                                        **FABRICANT LLP**
                                        411 Theodore Fremd Avenue,
                                        Suite 206 South
                                        Rye, New York 10580
                                        Telephone: (212) 257-5797

Facsimile:  (212) 257-5796

*Attorneys for Plaintiff*
*MR Licensing LLC*


 */s/ Melissa R. Smith*
_____
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Seagate Defendants*


## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for the Seagate Defendants met and conferred with counsel for MR Licensing to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h).  The Parties are jointly seeking the relief sought in this Motion.


 */s/ Melissa R. Smith*
_____
Melissa R. Smith


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on July 2, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).


 */s/ Melissa R. Smith*
_____
Melissa R. Smith