## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| MR LICENSING LLC, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:25-CV-00596-JRG |
| SEAGATE TECHNOLOGY HOLDINGS PLC, SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., SEAGATE TECHNOLOGY INTERNATIONAL, SEAGATE TECHNOLOGY (THAILAND) LIMITED, SEAGATE TECHNOLOGY (NETHERLANDS) BV, | § § § § § § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Joint Motion to Continue the Scheduling Conference (the "Motion") filed by the parties in the above-captioned case (the "Parties").  (Dkt. No. 11.)  Having considered the Motion, Court is of the opinion that the same should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that the Parties are **EXCUSED** from the July 16, 2025 scheduling conference.  It is further **ORDERED** that the scheduling conference for this case will be reset for the Court's next available scheduling conference.

**So ORDERED and SIGNED this 14th day of July, 2025.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE